AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 26, 2023**

SEAN F. McAVOY, CLERK

MAURICE T. BROWN

　　　　　　　　　*Plaintiff*
　　v.
WASHINGTON STATE DEPARTMENT
OF CORRECTIONS

　　　　　　　　　*Defendant*

)
)
)
)
)
)

Civil Action No. 1:23-CV-03005-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: First Amended Complaint, ECF No. 7, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian .

Date: 4/26/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
　　　　　*(By) Deputy Clerk*

Ruby Mendoza